IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WALTER CLAYTON
MCCORMICK,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-950

_____/

Opinion filed May 25, 2016.

An appeal from the Circuit Court for Walton County.
Kelvin C. Wells, Judge.

Nancy A. Daniels, Public Defender, and Joel Arnold, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Jennifer J. Moore, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      We affirm the trial court's revocation of probation, but remand for correction of Appellant's sentence. The State concedes that Appellant "should have only received six points on his scoresheet for the community sanction violation points

assessed." As such, we remand to allow the trial court to enter a corrected sentence based on a corrected scoresheet.

AFFIRMED in part, REVERSED in part, and REMANDED.

WETHERELL, MAKAR, and WINOKUR, JJ., CONCUR.